NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| RONNIE E. KING, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D19-439 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

Affirmed.  See § 775.084(4)(e), Fla. Stat. (1989); Johnson v. State, 60 So.

3d 1045 (Fla. 2011); State v. Matthews, 891 So. 2d 479 (Fla. 2004); Raines v. State, 14

So. 3d 244 (Fla. 2d DCA 2009); Cook v. State, 816 So. 2d 773 (Fla. 2d DCA 2002);

Clayton v. State, 904 So. 2d 660 (Fla. 5th DCA 2005); Hope v. State, 766 So. 2d 343

(Fla. 5th DCA 2000); Sherwood v. State, 745 So. 2d 378 (Fla. 4th DCA 1999).

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.